UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

MORDECHAI FOGELMAN, on behalf of
himself and all others similarly
situated,

                Plaintiff,      STIPULATION OF DISMISSAL

                                 08 CV 1490 (ARR)

      -against-

NORTHSTAR LOCATION SERVICES, LLC,

                Defendant(s).

------------------------------------x

      Plaintiff, MORDECHAI FOGELMAN, hereby voluntarily dismisses this action against defendant, NORTHSTAR LOCATION SERVICES, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other. ~~The Court is to retain jurisdiction for the purpose of enforcing the terms of the settlement~~ of the parties.

      An executed faxed copy of this Stipulation shall be deemed as a signed original.

This 28th day of July 2008

_____
For the plaintiff
ADAM J. FISHBEIN (AF-9508)

483 Chestnut Street
Cedarhurst, NY  11516

_____
For the defendant
MEL S. HARRIS & ASSOCIATES, LLC
ARTHUR SANDERS (AS 1210)
5 Hanover Square, 8th Floor
New York, NY  10004

So ordered.

s/ ARR